Opinion issued August 30, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00443-CV

———————————

## MANHATTAN | VAUGHN, JVP, Appellant

## V.

## JOSEFINA GARCIA, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF ANGEL GARCIA (DECEASED); AND ORBELINDA HERRERA, AS NEXT FRIEND OF A.G. AND B.G. (MINORS), Appellees

---

## On Appeal from the 80th District Court
## Harris County, Texas
## Trial Court Case No. 2013-76550

---

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal because the parties have settled their dispute. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Massengale, and Lloyd.